# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00137-CV

**Rosco, Inc. d/b/a Grand Prairie Country Club, Appellant**

**v.**

**Horizon Distributors, Inc., Appellee**

---

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-07-005134, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed a joint motion to vacate the trial court's judgment and dismiss this case without prejudice. We grant the motion, vacate the judgment without reference to the merits, and dismiss this case. *See* Tex. R. App. P. 42.1(a), 43.2(e).

---

Diane Henson, Justice

Before Justices Patterson, Puryear and Henson

Vacated and Remanded

Filed: March 28, 2008